IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00811-RPM-MEH

MELVIN KERNS, and
PAULINE KERNS,

    Plaintiffs,

v.

PRO-FOAM OF SOUTH ALABAMA, INC., and
MARK SEALY, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 8, 2007.**

The following orders are entered under this Court's authority, as set forth in D.C.Colo.L.Civ.R. 72.1.B.7.

Defendants' Motion to Withdraw Motion to Compel Production of Documents [Filed May 2, 2007; Docket #3] is **granted**. The Motion to Compel [Docket #1] is hereby **terminated**.

Plaintiffs' Motion to Withdraw [Filed May 3, 2007; Docket #4] is **granted**. Mr. Logsdon and Mr. McKnight, Jr.'s representation of Plaintiffs in this case is **terminated**.

Defendants shall file a status report on or before **May 31, 2007**, indicating whether this matter should be closed or whether it remains an active dispute.