IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00811-RPM-MEH

MELVIN KERNS, and
PAULINE KERNS,

    Plaintiffs,

v.

PRO-FOAM OF SOUTH ALABAMA, INC., and
MARK SEALY, individually,

    Defendants.

## ORDER

Based on the status report submitted by Defendant indicating that this discovery matter is no longer in dispute (Docket #7), the Clerk of the Court is directed to close this case.

Dated at Denver, Colorado this 30th day of May, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge